UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

REGINALD WILLIAMS      CIVIL ACTION NO. 15-cv-2683

VERSUS     JUDGE FOOTE

GARY LOFTIN, ET AL     MAGISTRATE JUDGE HORNSBY

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's **Motion for Preliminary Injunction and Protection Order Over All Records (Doc. 1)** is **denied** and this action is **dismissed without prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___3rd___ day of ___Oct___, 2016.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE